### IN RE: AMERICAN APPAREL, INC., 2014 DERIVATIVE SHAREHOLDER LITIGATION,

---

Peter Kravitz, as Trustee for and on behalf of AAI Litigation Trust, Plaintiff-Appellant,

v.

Dov Charney, et al., Defendants-Appellees.

No. 15-56258

United States Court of Appeals, Ninth Circuit.

Submitted August 29, 2017 *
Pasadena, California

Filed August 31, 2017

Todd M. Brooks, Attorney, Kevin Hroblak, Whiteford Taylor & Preston LLP, Baltimore, MD, Scott Gautier, David Shemano, Robins Kaplan LLP, Los Angeles, CA, for In re: American Apparel, Inc.

Todd M. Brooks, Attorney, Kevin Hroblak, Whiteford Taylor & Preston LLP, Baltimore, MD, Scott Gautier, Robins Kaplan LLP, Los Angeles, CA, for Plaintiff-Appellant

Seth Alben Aronson, Attorney, Courtney L. Gould, William Ka Hing Pao, Attorney, O'Melveny & Myers LLP, Los Angeles, CA, for Defendant-Appellee

Todd M. Brooks, Attorney, Kevin Hroblak, Whiteford Taylor & Preston LLP, Baltimore, MD, for Defendant-Appellee American Apparel, Inc.

Travis Biffar, Jones Day, Irvine, CA, John P. Stigi, III, Attorney, Sheppard Mullin Richter & Hampton LLP, Los Angeles, CA, Defendants-Appellees David Danziger, Robert Greene, Marvin Igelman, William Mauer, Allan Mayer

Before: WARDLAW and BYBEE, Circuit Judges, and ILLSTON,** District Judge.

MEMORANDUM ***

Litigation Trustee Peter Kravitz appeals the district court's order of dismissal under Federal Rule of Civil Procedure 41(b) for failure to prosecute or comply with a court order. The district court did not abuse its discretion in dismissing the case under Rule 41(b). *See Yourish v. Cal. Amplifier*, 191 F.3d 983 (9th Cir. 1999); *Ferdik v. Bonzelet*, 963 F.2d 1258 (9th Cir. 1992). On this record, the relevant factors weigh in favor of dismissal and the district court was not required to issue a clear warning or attempt less drastic alternatives before dismissing the action without prejudice.

**AFFIRMED.**

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** The Honorable Susan Illston, United States District Judge for the Northern District of California, sitting by designation.

*** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.